UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

BIGFOOT ON THE STRIP, LLC,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　)　　Case № 6:18-CV-03155
　　　　　　　　　　　　　　　　　　)
RANDY WINCHESTER;　　　　　　　　　)
EMILY WINCHESTER; and　　　　　　　)
DANCING COW FARMS,　　　　　　　　 )
　　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　　)

## AFFIDAVIT OF RANDY WINCHESTER

COUNTY OF JOHNSON　　　　　)
　　　　　　　　　　　　　　) SS:
STATE OF KANSAS　　　　　　)

I, Randy Winchester, of lawful age, being first duly sworn on oath, deposes and states as follows:

1. I have personal knowledge of the facts contained in this Affidavit.

2. On March 2, 2018, I traveled to Branson, Missouri for the annual membership meeting of the Heartland Highland Cattle Association.

3. Following the meeting on March 3, 2018 at 1:00 p.m., I went with other meeting attendees, to Bigfoot Farms and paid ten dollars to take the Bigfoot Safari Discovery Tour.

4. After taking the tour, I participated in other amusement offerings at the Bigfoot venue.

5. I returned to Kansas on March 4, 2018.

6. March 3, 2018 is the only time I have ever visited the venue owned by Bigfoot on the Strip, or taken the Bigfoot Safari Discovery Tour.

7. After returning to Kansas, I reviewed my experience on the Bigfoot Safari Discovery Tour on the website, from my home in Johnson County, Kansas. The review is attached here as Ex. 1.

8. Following publication of his review, I learned that Darrell Henley, an owner of the farm, had made various efforts to contact me through the Heartland Highland Cattle Association, and through my daughter.

9. I never spoke with Darrell Henley on the phone, nor did I ever attempt to call Mr. Henley or anyone associated with Bigfoot on the Strip in Missouri.

10. Mr. Henley did contact me via Linked In, and sent me a message asking me to remove my review. I did not return the message.

11. He left a phone number with that message, and subsequently I received a phone call from the same number at 8:23 pm on a Saturday night.

12. Emily also informed me that Darrell Henley had emailed and called her several times regarding my review.

13. I was also contacted by Heartland.

14. It was my opinion that Mr. Henley's attempts to contact me about my review, and his multiple efforts to contact my daughter was improper, and harassing.

15. As a result, I revised my TripAdvisor review, recounting Mr. Henley's behavior. The revised review is attached hereto as Ex. 2.

16. I revised the review from my home and place of residence in Johnson County, Kansas.

17. I own a farm that operates as Dancing Cow Farms in Douglas County, Kansas.

18. I operate the farm as a sole proprietorship and allow my daughter to live there.

19. My daughter, Emily, also works on the farm.

20. I do not reside in Missouri or regularly transact business in Missouri.

21. I never telephoned Mr. Henley or attempted to contact him in Missouri.

**EXHIBIT A**

22. I did not do anything else to make contact with Mr. Henley or Bigfoot on the Strip in Missouri.

23. I do not have any bank accounts or telephone listings in Missouri.

*[Signature]*

Subscribed and sworn to on this 21st day of May, 2018.

*[Signature: LeeAnn McCartney]*
Notary Public

My Appointment Expires: 3/11/2019



**EXHIBIT A**