UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| BIGFOOT ON THE STRIP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case № 6:18-CV-03155 |
| | ) | |
| RANDY WINCHESTER; | ) | |
| EMILY WINCHESTER; and | ) | |
| DANCING COW FARMS, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF EMILY WINCHESTER

| | |
|---|---|
| COUNTY OF JOHNSON | ) |
| | ) SS: |
| STATE OF KANSAS | ) |

I, Emily Winchester, of lawful age, being first duly sworn on oath, deposes and states as follows:

1. I have personal knowledge of the facts contained in this Affidavit.

2. On March 2, 2018, I traveled to Branson, Missouri for the annual membership meeting of the Heartland Highland Cattle Association.

3. Following the meeting on March 3, 2018 at 1:00 p.m., I went with other meeting attendees, to Bigfoot Farms and paid ten dollars to take the Bigfoot Safari Discovery Tour.

4. After taking the tour, I participated in other amusement offerings at the Bigfoot venue.

5. I returned to Kansas on March 4, 2018.

6. March 3, 2018 is the only time I have ever visited the venue owned by Bigfoot on the Strip, and the only time I have ever taken the Bigfoot Safari Discovery Tour.

7. After returning from the trip, I received a call on my cell phone from Darrell Henley, who informed me he was an owner of the Bigfoot venue, and asked me about a review on TripAdvisor published by a "Randy W".

8. I told him that Randy W. was my father, but refused to provide him with my father's telephone number.

9. After the first call, the same number Henley called from previously made various several additional calls to my cell phone.

10. When I spoke with him, I told Mr. Henley that I did not publish the review on TripAdvisor.

11. I am a resident of Douglas County, Kansas.

12. I live and work on Dancing Cow Farms.

13. Dancing Cow Farms is a sole proprietorship owned by my father, Randy Winchester.

14. I do not own Dancing Cow Farms.

15. I do not reside in Missouri or regularly transact business in Missouri.

16. I never telephoned Mr. Henley, other than to return one of his continued calls.

17. I did not do anything else to make contact with Mr. Henley or Bigfoot on the Strip.

18. I do not have any bank accounts or telephone listings in Missouri.

_____
Emily Winchester

Subscribed and sworn to on this 21st day of May, 2018.

_____
Notary Public

My Appointment Expires: 3/11/2019

[Notary Seal: LEE ANN MCCARTNEY, NOTARY PUBLIC, STATE OF KANSAS]