

# IN THE 46TH JUDICIAL CIRCUIT COURT, TANEY COUNTY, MISSOURI

**FILED**
MAY 14 2018
BETH WYMAN
CIRCUIT CLERK
TANEY COUNTY

2018 APR 30

DOUGLAS COUNTY
SHERIFFS DEPT
LAWRENCE KS

| Judge or Division: | Case Number: 1846-CC00074 |
|---|---|
| TONY W. WILLIAMS | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address: |
| BIGFOOT ON THE STRIP, LLC | BRYAN DANE FISHER |
| vs. | 1949 EAST SUNSHINE SUITE 1-130 |
| | SPRINGFIELD, MO 65804 |
| Defendant/Respondent: | Court Address: |
| RANDY WINCHESTER | 266 MAIN STREET |
| Nature of Suit: | PO BOX 129 |
| CC Other Tort | FORSYTH, MO 65653 |

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: RANDY WINCHESTER
Alias:

36 EAST 2200TH ROAD
WELLSVILLE, KS 66092

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

04/16/2018 — Date        /s/ Beth Wyman, tm — Clerk

**TANEY COUNTY**  Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is **PROCESS SERVER** of **DOUGLAS** County, **KANSAS** (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☒ other (describe) **NO SERVICE - NOT LIVING HERE - RESIDENT COULD NOT**

Served at **NO SERVICE - 36 E. 2200 ROAD WELLSVILLE, KS** (address) ADDRESS
in **DOUGLAS** County, **KANSAS** (state), on **05-07-18** (date) at **1:30 PM** (time). ADDRESS

**DOUGLAS BELL** — Printed Name of Sheriff or Server        Douglas Bell — Signature of Sheriff or Server

Subscribed and Sworn To me before this **07** (day) **05** (month) **18** (year)

I am: (check one)
☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

(Seal) MEGAN WALKER
My Appointment Expires
August 28, 2021

Megan Walker — Signature and Title

**Service Fees, if applicable**
Summons     $_____
Non Est     $_____
Mileage     $_____ ( _____ miles @ $ _____ per mile)
Total       $_____

See the following page for directions to clerk and to officer making return on service of summons.

OSCA (7-04) SM60 For Court Use Only: Document ID# 18-SMOS-15     1 of 2     (1846-CC00074)     Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

**EXHIBIT C**

## Directions to Clerk

Personal service outside the State of Missouri is permitted only upon certain conditions set forth in Rule 54. The clerk should insert in the summons the names of only the Defendant/Respondent or Defendants/Respondents who are to be personally served by the officer to whom the summons is delivered. The summons should be signed by the clerk or deputy clerk under the seal of the court and a copy of the summons and a copy of the petition for each Defendant/Respondent should be mailed along with the original summons to the officer who is to make service. The copy of the summons may be a carbon or other copy and should be signed and sealed in the same manner as the original but it is unnecessary to certify that the copy is a true copy. The copy of the motion may be a carbon or other copy and should be securely attached to the copy of the summons but need not be certified a true copy. If the Plaintiff's/Petitioner has no attorney, the Plaintiff's/Petitioner's address and telephone number should be stated in the appropriate square on the summons. This form is not for use in attachment actions. (See Rule 54.06, 54.07 and 54.14)

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

OSCA (7-04) SM60 *For Court Use Only*: **Document ID# 18-SMOS-15**  2 of 2  (1846-CC00074)  Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

Case 6:18-cv-03155-BP   Document 8-3   Filed 05/22/18   Page 3 of 3   EXHIBIT C