UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| BIGFOOT ON THE STRIP, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:18-CV-03155 |
| RANDY WINCHESTER, EMILY WINCHESTER, DANCING COW FARMS | ) ) ) ) ) |
| Defendants. | ) |

### PLAINTIFF'S SHOWING OF CAUSE FOR WHY DEFENDANT EMILY WINCHESTER AND DANCING COW FARMS' MOTION TO DISMISS SHOULD NOT BE GRANTED

**COMES NOW** Plaintiff Bigfoot On The Strip, LLC, by and through its attorneys, and for its Showing of Cause For Why Defendant Emily Winchester and Dancing Cow Farms' Motion to Dismiss Should Not be Granted, hereby states as follows:

1. On or about May 15, 2018, Defendants filed their Notice of Removal from the Circuit Court of Taney County, Missouri.

2. On or about May 16, 2018, this Court entered its Order declaring that Defendants' Notice of Removal failed to properly alleged diversity jurisdiction and requiring Defendants to file additional pleadings to establish the citizenship of the parties.

3. On or about May 16, 2018, Defendants filed their Amended Notice of Removal.

4. On or about May 22, 2018, Defendants filed their Motion to Dismiss and Suggestions in Support of that motion.

5. Counsel for Plaintiff was traveling out of state for a week during the time Defendants filed their pleadings in this action.

6. Although not required by the Federal Rules of Civil Procedure, other than the initial Notice of Removal, Defendants provided no courtesy copy of the pleadings mentioned above to Plaintiff's counsel.

7. By honest mistake, Plaintiff's counsel was thus unaware of Defendants' Motion and this Court's related Order that Plaintiff respond to the motion or before June 5, 2018.

8. On June 8, 2018, this Court entered an Order to Show Cause as to why Defendants' Motion to Dismiss should not be granted.

9. But for counsel's honest mistake, the Motion for Extension of Time filed by Plaintiff in conjunction with this Showing of Cause would have been filed by Plaintiff prior to the time for a response to Defendants' Motion as ordered by the Court, or alternatively, in the event Plaintiff's Motion was denied, Plaintiff would have responded to Defendant's Motion as ordered by the Court.

10. Pursuant to 28 U.S.C. § 1447, the time for Plaintiff to move this Court for an order remanding the case to the Circuit Court of Taney County, Missouri has not yet elapsed.

11. Defendants' Motion to Dismiss is thus premature and not ripe for adjudication because the propriety of removal to Federal Court has not been litigated or determined.

12. As will be set forth more fully in Plaintiff's forthcoming Motion for Remand, the amount in controversy does not meet the jurisdictional parameters for diversity jurisdiction, and thus, this Court lacks subject matter jurisdiction in this case.

13. Until Plaintiff's time to file a Motion for Remand has elapsed, or in the event a Motion for Remand is filed, which Plaintiff hereby represents will be forthcoming within the timeframe provided for by law, and ruled upon by this Court, requiring Plaintiff to respond to Defendants' pre-mature Motion to Dismiss is unwarranted and unfairly prejudicial to Plaintiff.

14. Until the issue of this Court's subject matter jurisdiction is resolved, litigating the merits of Defendants' Motion to Dismiss is unwarranted and unfairly prejudicial to Plaintiff.

15. Plaintiff has meritorious defenses to the relief requested by Defendants in the Motion to Dismiss, and Plaintiff would have filed a response to that Motion as ordered by the Court but for an honest mistake.

16. Granting Defendants' Motion would not do justice and would unfairly prejudice Plaintiff's interests.

WHEREFORE, Plaintiff respectfully requests this Court's Order showing that Plaintiff has demonstrated cause why Defendants' Motion to Dismiss should not be granted and for such other and further orders and relief as this Court deems just and proper.

**VERIFICATION**

STATE OF MISSOURI ) 
) ss. 
COUNTY OF GREENE )

I, Bryan D. Fisher, counsel for Plaintiff in the above-captioned matter, do hereby state and verify that the statements made in this Showing of Cause are true to the best of my personal knowledge and belief.

_____
Bryan D. Fisher

Subscribed and sworn to before me this 8th day of June, 2018.

_____
Julie Van Meter, Notary Public

```
JULIE VAN METER
Notary Public – Notary Seal
STATE OF MISSOURI
Jasper County
My Commission Expires June 9, 2019
Commission #15541855
```

NEALE & NEWMAN, L.L.P.

By: /s/ Bryan D. Fisher
    Bryan D. Fisher, #65904

1949 E. Sunshine, Ste. 1-130
P.O. Box 10327
Springfield, MO 65808-0327
Telephone:  (417) 882-9090
Facsimile:  (417) 882-2529
Email:  bfisher@nnlaw.com

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties who have requested notice but are not participating in the ECF System, on this 8th day of June, 2018.

**NEALE & NEWMAN, L.L.P.**

By: /s/ Bryan D. Fisher
    Bryan D. Fisher, #65904