# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| BIGFOOT ON THE STRIP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.   6:18-CV-03155 |
| v. | ) |
| | ) |
| RANDY WINCHESTER; EMILY WINCHESTER; and DANCING COW FARMS, | ) |
| | ) |
| Defendants. | ) |

## JURY DEMAND

COME NOW Defendants, EMILY WINCHESTER and DANCING COW FARMS, by and through their attorneys, BETH C. BOGGS, MICHAEL J. LACH, and BOGGS, AVELLINO, LACH & BOGGS, L.L.C., and in compliance with the Court Order of May 31, 2018, file a separate pleading pursuant to Federal Rules of Civil Procedure 81(c), hereby demanding a jury trial for all issues in this matter.

Respectfully submitted,

**EMILY WINCHESTER and
DANCING COW FARMS**

By /s/ Michael J. Lach
   Beth C. Boggs, #43089
   Michael J. Lach, #39578
   BOGGS, AVELLINO, LACH & BOGGS, L.L.C.
   9326 Olive Blvd., Suite 200
   St. Louis, MO 63132
   (314) 726-2310 PHONE
   (314) 726-2360 FAX
   mlach@balblawyers.com
   **Co-Counsel for Defendants Emily
   Winchester and Dancing Cow Farms**

-1-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the electronic filing system for the United States District Court, Western District of Missouri, Southern Division, on this 11th day of June, 2018, with an electronic copy to be served by operation of the Court's electronic filing system upon the following:

Bryan D. Fisher, #65904
bfisher@nnlaw.com
Neale & Newman, LLP
1949 E. Sunshine, Suite 1-130
Springfield, MO 65808-0327
417-882-9090 / Fax: 417-882-2529
**Attorneys for Plaintiff**

Jennifer R. Johnson, #59197
jjohnson@hinklaw.com
Hinkle Law Firm LLC
6800 College Boulevard, Suite 600
Overland Park, KS 66211
913-345-9205 / Fax: 913-345-4832
**Attorneys for Defendants Emily Winchester and Dancing Cow Farms**

/s/ Denise J. Austin