UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| BIGFOOT ON THE STRIP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:18-CV-03155 |
| | ) |
| RANDY WINCHESTER, | ) |
| EMILY WINCHESTER, | ) |
| DANCING COW FARMS | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF BIGFOOT ON THE STRIP, LLC'S CERTIFICATE OF INTEREST

**COMES NOW** Plaintiff Bigfoot On The Strip, LLC (the "Company"), by and through its attorneys undersigned, and for its Rule 7.1 Certificate of Interest hereby discloses the following:

1. There is no parent company of the Company.

2. There is no subsidiary company not wholly owned by the Company.

3. There are no affiliates of the Company that have issued shares to the public.

4. There is no publicly held company owning 10% or more of the Company.

**NEALE & NEWMAN, L.L.P.**

By: /s/ Bryan D. Fisher
    Bryan D. Fisher, #65904

1949 East Sunshine, Suite 1-130
P.O. Box 10327
Springfield, MO 65808-0327
Telephone: (417) 882-9090
Facsimile: (417) 882-2529
Email: bfisher@nnlaw.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties who have requested notice but are not participating in the ECF System, on this 15th day of August, 2018.

**NEALE & NEWMAN, L.L.P.**

By: /s/ Bryan D. Fisher
     Bryan D. Fisher, #65904