# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| BIGFOOT ON THE STRIP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 18-3155-CV-S-BP |
| | ) |
| RANDY WINCHESTER; | ) |
| EMILY WINCHESTER; and | ) |
| DANCING COW FARMS | ) |
| | ) |
| Defendants. | ) |

## ORDER DENYING PLAINTIFF'S MOTION TO PERMIT
## UNITED STATES MARSHAL TO SERVE DEFENDANT

Plaintiff has filed a motion, (Doc. 42), which seeks an Order permitting the United States Marshal to serve Defendant Randy Winchester. The motion is **DENIED**.

The Court has discretion to direct the Marshal to serve a party. Fed. R. Civ. P. 4(c)(3). Plaintiff provides no reason why the Court should exercise its discretion in this manner. Plaintiff may arrange for service by any individual who is over the age of 18 and who is not a party, Fed. R. Civ. P. 4(c)(2), and the Court sees no reason to utilize the Marshal's services in this case.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
Date: August 20, 2018   UNITED STATES DISTRICT COURT