UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| BIGFOOT ON THE STRIP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case № 6:18-CV-03155 |
| | ) |
| RANDY WINCHESTER; and | ) |
| EMILY WINCHESTER, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF INTENT TO SERVE SUBPOENAS FOR BUSINESS RECORDS

Pursuant to Fed.R.Civ.Pro. 45(A)(4), defendants herein notify all parties that, unless any party objects to the production of the documents sought by the Subpoenas of Business Records attached hereto, the Subpoenas attached hereto shall be served upon the following:

1. LINDA PETERSON d/b/a LINDA PETERSON DESIGNS, 223 Alabaster Drive, Ozark, MO 65721-7187

    **Requested Documents:**
    a. Original digital images of any marketing materials you prepared for Bigfoot on the Strip from January 1, 2016 to the present.

    b. Correspondence, including electronic correspondence, with Bigfoot on the Strip or any person associated therewith related to marketing for Bigfoot on the Strip from January 1, 2016 to the present.

2. JAMES RILEY HAMILTON d/b/a DIGITAL QUILL STUDIO, 2206 E. Richmond Street, Springfield, MO 65804

    **Requested Documents:**
    a. Digital images of any marketing materials (including but not limited to brochures, website content, graphic artwork, etc.) you prepared for Bigfoot on the Strip from January 1, 2016 to the present.

    b. Correspondence with any person related to marketing for Bigfoot on the Strip from January 1, 2016 to the present.

3. CINDY MERRY MARKETING, LLC, c/o RA Henry V. Griffin, 101 State Drive, P.O. Box 1437, Hollister, MO 65673.

    **Requested Documents**:
    a. Digital images of any marketing materials you prepared for Bigfoot on the Strip from January 1, 2016 to the present.

b. Correspondence with any person related to marketing for Bigfoot on the Strip from January 1, 2016 to the present.

4. BRANSON/LAKES AREA CHAMBER OF COMMERCE & CONVENTION AND VISITORS BUREAU, 269 State Hwy. 249, PO Box 1897, Branson, MO 65616

   **Requested Documents:**
   a. Correspondence (including electronic correspondence) with Bigfoot on the Strip, including any owners or employees thereof related to Bigfoot on the Strip, from January 1, 2016 to the present.

5. VERIZON WIRELESS c/o CT CORPORATION SYSTEM, 120 S. Central Avenue, Clayton, MO 63105

   **Requested Documents:**
   a. Phone records from December 1, 2017 through March 30, 2018, showing incoming and outgoing calls for the following phone number: 417-860-7169.

Respectfully submitted,

KECK, PHILLIPS & WILSON, LLC
3140 E. Division
Springfield, MO 65802
417-890-8989 / Fax: 417-890-8990


By  /s/ Patricia A. Keck
    Patricia A. Keck, #42811 (pat@kpwlawfirm.com)
    and
HINKLE LAW FIRM LLC
6800 College Boulevard, Suite 600
Overland Park, Kansas 66211
913-345-9205/ FAX: 913-345-4832


By  /s/ Jennifer R. Johnson
    Jennifer R. Johnson, jjohnson@hinklaw.com    #59197
    Michelle R. Stewart, mstewart@hinklaw.com    #51737

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 26 day of February, 2019, the foregoing *Notice of Intent to Serve Business Records Subpoenas* was filed electronically with the Clerk of the US District Court for the Western District of Missouri; and a service copy was served electronically on the following:

Bryan D. Fisher, #65904 (bfisher@nnlaw.com)
NEALE & NEWMAN, LLP
1949 E. Sunshine, Suite 1-130
Springfield, MO 65808-0327
417-882-9090 / Fax: 417-882-2529
*Attorneys for Plaintiff*

                                                      */s/ Jennifer R. Johnson*
                                                   ATTORNEYS FOR DEFENDANTS