UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| BIGFOOT ON THE STRIP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:18-CV-03155 |
| | ) | |
| RANDY WINCHESTER, | ) | |
| EMILY WINCHESTER, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Plaintiff's Second Interrogatories to Defendant Emily Winchester, Plaintiff's Second Interrogatories to Defendant Randy Winchester, Plaintiff's Second Request for Production of Documents to Defendant Emily Winchester, and Plaintiff's Second Request for Production of Documents to Defendant Randy Winchester were served

via electronic transmittal in    (x) Word Format      ( ) on diskette
                                         (x) .pdf Format       ( ) on CD-ROM
                                         ( ) WordPerfect Format    (x) e-mail attachment

on the 12th day of March 2019 to

**ATTORNEYS FOR DEFENDANTS:**

Jennifer R. Johnson
Email: jjohnson@hinklaw.com
Michelle R. Stewart
Email: mstewart@hinklaw.com
Hinkle Law Firm LLC
6800 College Boulevard, Ste. 600
Overland Park, KS 66211
Telephone: (913) 345-9205
Facsimile: (913) 345-4832

NEALE & NEWMAN, L.L.P.

By: _____
    Bryan D. Fisher, #65904
    Ryan D. Frazier, #69081

1949 East Sunshine, Suite 1-130
P.O. Box 10327
Springfield, MO 65808-0327
Telephone:    (417) 882-9090
Facsimile:    (417) 882-2529
Email:    bfisher@nnlaw.com
          rfrazier@nnlaw.com
***ATTORNEYS FOR PLAINTIFF***