# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| BIGFOOT ON THE STRIP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 18-03155 |
| | ) | |
| RANDY WINCHESTER and | ) | |
| EMILY WINCHESTER, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

Patricia A. Keck of Keck, Phillips & Wilson, LLC, hereby requests leave of Court to withdraw her representation of Defendants Randy Winchester and Emily Winchester in the above matter, and in support thereof, states that the Hinkle Law Firm, LLC will remain as lead counsel for defendants.

KECK, PHILILPS & WILSON, LLC

By */s/Patricia A. Keck*
    Patricia A. Keck    #42811
    3140 East Division
    Springfield, Missouri 65802
    Telephone: (417) 890-8989
    Facsimile: (417) 890-8990
    Email: pat@kpwlawfirm.com
    *Attorneys For Defendants*

## **CERTIFICATE OF MAILING**

      The undersigned hereby certifies that a true and accurate copy of the foregoing Motion to Withdraw was served via electronically filing this 22nd day of April, 2019 to:

| | |
|---|---|
| Bryan D. Fisher | Jennifer R. Johnson |
| Daniel Wooten | Michelle Stewart |
| Neale & Newman, LLP | Hinkle Law Firm, LLC |
| 1949 E. Sunshine, Suite 1-130 | 6800 College Blvd, Suite 600 |
| Springfield, MO 65808-0327 | Overland Park, KS 66211 |

                                         /s/ Patricia A. Keck
                                          Patricia A. Keck